1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Baudelio Tizoc-Ramirez

6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE PETER C. LEWIS)**

11 UNITED STATES OF AMERICA,        )    Case No. 08MJ8244
                                    )
12         Plaintiff,                )
                                    )
13 v.                               )    **CERTIFICATE OF SERVICE**
                                    )
14 BAUDELIO TIZOC-RAMIREZ,           )
                                    )
15         Defendant.                )
   _____  )
16

17     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                          U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov
19

20                                       Respectfully submitted,

21

22 DATED:       March 19, 2008           /s/ Elizabeth M. Barros
                                         **ELIZABETH M. BARROS**
23                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Baudelio Tizoc-Ramirez
24

25

26

27

28