```
                                          FILED
                                       2008 APR -1 PM 12:43

                                            YNK        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury    '08 CR 0986 — JAH

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute |
| BAUDELIO TIZOC-RAMIREZ, | ) | |
| Defendant. | ) | |

The grand jury charges:

### Count 1

On or about March 17, 2008, within the Southern District of California, defendant BAUDELIO TIZOC-RAMIREZ did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 3.20 kilograms (7.04 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

WMC:fer:Imperial
3/28/08

Count 2

On or about March 17, 2008, within the Southern District of California, defendant BAUDELIO TIZOC-RAMIREZ did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 3.20 kilograms (7.04 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: April 1, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney