1  **ELIZABETH M. BARROS**
   California Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467 ext. 3701
4

5  Attorneys for Mr. Tizoc-Ramirez

6

7

8                         UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                         **(HONORABLE JOHN A. HOUSTON)**

11 | UNITED STATES OF AMERICA,       ) U.S.D.C. No. 08CR0986-JAH
                                    )
12 |         Plaintiff,              ) Date: May 5, 2008
                                    ) Time: 8:30 a.m.
13 | v.                              )
                                    ) MOTION FOR ORDER SHORTENING TIME
14 | BAUDELIO TIZOC-RAMIREZ,         )
                                    )
15 |         Defendant.              )
                                    )
16

17     Baudelio Tizoc-Ramirez, by and through his attorneys, Elizabeth M. Barros and Federal Defenders of

18 San Diego, Inc., requests an order **shortening time by one day** for the filing of *Defendant's Notice of Motions*

19 *and Motions to Compel Discovery and Grant Leave to File Further Motions*. Defense counsel had a reply

20 brief due yesterday in <u>United States v. Flores-Villar</u>, U.S.C.A. No. 07-50445.

21 Dated:     April 22, 2008                     Respectfully Submitted,

22

23                                               /s/ Elizabeth M. Barros
                                                **ELIZABETH M. BARROS**
                                                Federal Defenders of San Diego, Inc.
24                                              Attorneys for Mr. Tizoc-Ramirez

25

26

27

28

1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Baudelio Tizoc-Ramirez

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0986-JAH |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| BAUDELIO TIZOC-RAMIREZ, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED: April 22, 2008          /s/ Elizabeth M. Barros
**ELIZABETH M. BARROS**
Federal Defenders of San Diego, Inc.
Attorneys for Baudelio Tizoc-Ramirez