UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.D.C. No. 08CR0986-JAH |
| Plaintiff, | ) | |
| v. | ) | ORDER SHORTENING TIME |
| BAUDELIO TIZOC-RAMIREZ, | ) | |
| Defendant. | ) | |

Application for Order Shortening Time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS ORDERED** that the time for filing the *Defendant's Notice of Motions and Motions to Compel Discovery and Grant Leave to File Further Motions* be shortened to April 22, 2008.

**SO ORDERED.**

DATED: April 22, 2008

JOHN A. HOUSTON
United States District Judge