UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0986-JAH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER TO DISMISS INDICTMENT** |
| v. | ) | **WITHOUT PREJUDICE** |
| BAUDELIO TIZOC-RAMIREZ, | ) | |
| Defendants. | ) | |
| | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Indictment in the above-referenced case be dismissed without prejudice.

**IT IF FURTHER ORDERED** that Defendant BAUDELIO TIZOC-RAMIREZ be released and remanded to the custody of the United States Department of Homeland Security.

**SO ORDERED.**

DATED:  August 4, 2008

JOHN A. HOUSTON
United States District Judge