# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BAUDELIO TIZOC-RAMIREZ,<br><br>　　　　　　Defendants. | Criminal Case No. 08CR0986-JAH<br><br>**ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

　　　　Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

　　　　**IT IS HEREBY ORDERED** that the Indictment in the above-referenced case be dismissed without prejudice.

　　　　**IT IF FURTHER ORDERED** that Defendant BAUDELIO TIZOC-RAMIREZ be released and remanded to the custody of the United States Department of Homeland Security.

　　　　**SO ORDERED.**

DATED: August 4, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge